IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY BOWEN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No.: 1:10-cv-02370 AWI JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 16) |

　　　Parties have stipulated by counsel to extend the period of time for Defendant to a responsive brief. (Doc. 16). Here, Defendant's counsel seeks an extension of thirty days "due to a workload reallocation." (Doc. 16 at 1). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 7-1 at 4). Accordingly, Defendant shall file a responsive brief on or before **October 12, 2011**.

IT IS SO ORDERED.

Dated:　**September 6, 2011**　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1