UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY BOWEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | )  Case No.: 1:10-cv-02370 - AWI - JLT<br>)<br>)  ORDER AWARDING ATTORNEY'S FEES<br>)  PURSUANT TO THE EQUAL ACCESS TO<br>)  JUSTICE ACT<br>)<br>)  (Doc. 24)<br>)<br>)<br>)<br>) |

On July 13, 2011, Plaintiff Patsy Bowen and Defendant Michael J. Astrue, Commissioner of Social Security stipulated for the award and payment of attorney's fees, expenses, and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 24).

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and costs in the amount of $4,600.00 is **AWARDED** to Plaintiff, Patsy Bowen.

IT IS SO ORDERED.

Dated:   **July 21, 2012**　　　　　　　　　　 **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE

1