IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATSY BOWEN,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | 1:10-CV-2370  AWI JLT<br><br>ORDER ON MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 28) |

   On March 28, 2012, the Court adopted a Findings and Recommendation by the Magistrate Judge and remanded this social security appeal for a payment of benefits. See Doc. No. 22. On August 13, 2012, Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b).

   On August 27, 2012, the Magistrate Judge issued a Findings and Recommendation that recommended granting Plaintiff's motion. See Doc. No. 28. The Findings and Recommendation specifically recommended awarding $12,832 in attorney's fees, but also recommended that Plaintiff's counsel refund $4,600 to Plaintiff. See id. Findings and Recommendation provided that any objections were to be filed within 14 days of service of the order. See id. More than 14 days have passed, and no objections have been filed.

   In accordance with the provisions of 28 U.S.C. § 636(b), this Court has conducted an appropriate review. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation (Doc. No. 28) are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation filed on August 27, 2012, are ADOPTED IN FULL;
2. Plaintiff's motion for attorney's fees pursuant to 24 U.S.C. § 406(b) is GRANTED in the amount of $12,832.00;
3. Defendant is directed to pay the $12,832.00 directly to Plaintiff's counsel;
4. Plaintiff's counsel shall refund $4,600.00 to Plaintiff Patsy Bowen; and
5. Within five (5) days of payment of the $4,600.00 to Plaintiff Patsy Bowen, Plaintiff's counsel shall file with the court a notice of compliance with/completion of this order.

IT IS SO ORDERED.

Dated:   October 4, 2012

CHIEF UNITED STATES DISTRICT JUDGE